AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Latham & Watkins LLP

*Plaintiff(s)*

v.   Civil Action No.

LW-IUF.COM ET AL., Internet Domain Names

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LW-IUF.COM, LW-KIS.COM, LW-FRK.COM, LW-ITO.COM, LWFRH.COM, LWFRP.COM, LW-FRO.COM, LW-FRANCE.COM, LW-FKS.COM, LWFNT.COM, LWFNR.COM, LWFRK.COM, LWFRD.COM, LWFIW.COM, LWFRJ.COM, LW-FRJ.COM, LW-FRG.COM, LW-FRH.COM, LW-FRD.COM, LW-FRN.COM, LW-FCC.COM, LW-FIW.COM, LWFEU.COM, LW-FRU.COM, LWFRO.COM, LWFRG.COM, LW-FRP.COM, LWFCC.COM, LW-FRL.COM, LWFRNE.COM, LW-FRNE.COM, LW-FRNC.COM, LWFRN.COM, LWFRR.COM, LW-FRR.COM, LWFRNC.COM, LWFRANCE.COM, AND LWFRANCES.COM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: